UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AT LAW AND IN ADMIRALTY

CASE NO.

**07-22982
CIV-MORENO
MAGISTRATE JUDGE
SIMONTON**

| | |
|---|---|
| MIAMI BEACH MARINA ASSOCIATES, LTD., a Florida Limited Partnership,<br><br>    Plaintiff,<br><br>v.<br><br>M/V "HYDROTHERAPY", her boilers, engines, tackle, equipment, freight, appliances, apparel, appurtenances, furnishings, etc., *In Rem*,<br><br>    Defendant. | |

## ORDER APPOINTING SUBSTITUTE CUSTODIAN OF VESSEL

THIS CAUSE having come before the Court upon Plaintiff, MIAMI BEACH MARINA ASSOCIATES, LTD.'s, Motion for Appointment of Substitute Custodian, and the Court having reviewed the record in this cause, and being otherwise advised in the premises, it is hereby

ORDERED and ADJUDGED that the Plaintiff's Motion for Appointment of Substitute Custodian be and hereby is GRANTED.   MIAMI BEACH MARINA ASSOCIATES, LTD.  is hereby appointed to serve as Substitute Custodian of

M.Y. "HYDROTHERAPY," Vessel Registration # unknown , in accordance with the Plaintiff's Motion for Appointment of Substitute Custodian and the Consent and Indemnification Agreement filed in this action.

DONE and ORDERED at _____Miami_____, __Dade__ County, Florida this _16_ day of November, 2007.

_____
U.S. District Judge

cc:   Substitute Custodian